PDF DOCUMENT CREATED FOR PURPOSE OF
ASSIGNING DOCKET NUMBER TO ENTRY