UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )   Case No. 3:04-CR-00131-01-JKS
v.                              )
                                )
JOSHUA HILER,                   )
                                )
        Defendant.              )
                                )

### JUDGMENT OF DISCHARGE

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    X    The court has granted the oral motion of the government for dismissal with prejudice of the offenses as charged in counts 1, 2, 3, 4, & 5 of the Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

**DATED** at Anchorage, Alaska, this 19th day of June 2006.



JAMES K. SINGLETON
United States District Judge

[JudgmentDischarge.frm]{DISCHARG.WPD*Rev.07/03}