## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District OF ALASKA |
|---|---|
| Name (under which you were convicted): JOSHUA, AARON, HILER | Docket or Case No.: A04-0131-CR (JKS) |
| Place of Confinement: USP VICTORVILLE ADELANTO CA | Prisoner No.: 15038-006 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | JOSHUA HILER |

RECEIVED JUN 11 2007 CLERK, U.S. ... ANCHORAGE, ALASKA

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: UNITED DISTRICT COURT FOR THE DISTRICT OF ALASKA. FEDERAL BUILDING + US COURT HOUSE. 222 WEST SEVENTH AVENUE, #9 ROOM 223 ANCHORAGE ALASKA 99513-7567

   (b) Criminal docket or case number (if you know): A04-0131 CR (JKS)

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: 6-19-06

3. Length of sentence: 210 MONTHS (17½ YEARS)

4. Nature of crime (all counts): CONSPIRACY TO TAMPER WITH A WITNESS TITLE 18 USC 1512(K)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? I PLEAD GUILTY TO - CONSPIRACY TO TAMPER WITH A WITNESS IN VIOLATION OF 18 USC 1512(K) THE DISMISSED CHARGES WERE AS FOLLOWS. COUNTS 1-2 ARE VIOLATIONS OF 21 USC 841 (A)(1) AND 841 (B)(1)(B). COUNT 3 WAS 18 USC 924 (C)(1)(A) COUNT 4 WAS, 26 USC 5845 (A)(2) AND 5861(C) COUNT 5 WAS 18 USC 1512 (B)(1)(A)

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑
9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): N/A
      (2) Result: _____
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☑
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____
(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: __N/A__
(2) Docket or case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition:   Yes ☐   No ☐        N/A
(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: IT STATED IN MY PLEA THAT I COULDN'T APPEAL FROM THE JUDGEMENT OF CONVICTION

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: INEFFECTIVE + INCOMPETENCE OF COUNCIL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
MY ATTORNEY WAS INEFFECTIVE, DUE TO THE FACT THAT HE DID NOT INVESTIGATE OR CHALLENGE MY PRIOR CRIMINAL HISTORY AS A JUVENILE, THERE RENDERING AND SUBJECTING ME TO MORE TIME AND HARSHER PUNISHMENT. IF MY ATTORNEY HAD BEEN EFFECTIVE AND DONE HIS JOB, I WOULD HAVE RECIEVED LESS TIME.

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ❏   No ❏
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ❏   No ☑
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND TWO: VIOLATION OF THE SENTANCING GUIDLINES

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AFTER REVIEW OF SENTANCEING GUIDELINES I HAD FOUND THAT THE JUVENILE RECORDS COULD NOT HAVE BEEN USED TO ENHANCE MY SENTANCE, DUE TO THE FACT THAT THAY WERE OVER A PERIODE OF 5 YEARS AND WERE NOT PRESENTED TO A JURY TO INHANCE ME. WHEREFORE MAKEING THE SENTANCEING ENHANCMENTS IN MY CASE ILLEGAL.

_____
_____

(b) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐  No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐  No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐  No ☑

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND THREE: VIOLATIONS OF THE US CONSTITUTION UNDER 4TH- 5TH -6TH AND 14TH AMENDMENT OF DUE PROCESS & EQUAL PROTECTIONS OF THE LAW.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
MY CONSTITUTIONAL RIGHTS HAD BEEN VIOLATED IN THAT I RECIEVED AN UN-LAWFULL AND ILLEGAL SENTANCE, BY USING PRIORS THAT COULD NOT HAVE BEEN USED AGAINST ME IN MY CRIMINAL HISTORY.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND FOUR: **VIOLATION OF DUE PROCESS AND THE 4TH 5TH 6TH 14TH AMENDMENTS**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I AM CONTESTING THE UN-CONSTITUTIONAL USE OF ANY AND ALL PRIORS, INCLUDEING BUT NOT LIMITED TOO THE RECKLESS DRIVEING, THE ASSAULT 4 AND THE MISDEMEANOR PROBATION (STATE). THE USE OF THESE PRIORS HAS ENHANCED MY POINTS IN MY PSI CRIMINAL HISTORY AS WELL AS ENHANCED MY SENTANCE BEYOND THE PRESCRIBED LIMITS OF THE LAW AND COULD NOT BE USED AS PRIORS AS THAY WERE NOT PRESENTED TI A JURY FIRST. THIS IS UN-CONSTITUTIONAL. I ALSO CHALLANGE THE 3 POINT INCREASE IN MY OFFENCE LEVEL.

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ☑

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ALL THE GROUNDS HERE WERE NOT RAISED DUE TO THE FACT THAT I DID NOT KNOW THAT THAY EXISTED NORE EFFECTED MY CASE. AFTER CONSULTING WITH A LEGAL CLERK DID I KNOW I HAD THESE RIGHTS. AND THAT IT WAS UN-LAWFULL AND UN-CONSTITUTIONAL TO USE THE PRIORS TO INHANCE ME. I SHOULD HAVE RECIEVED LESS TIME.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: SCOTT DATTAN
(b) At arraignment and plea: MARK ROSENBAUM
(c) At trial: N/A
(d) At sentencing: MARK ROSENBAUM

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: **I AM ASKING THE COURT TO VACATE &/OR CORRECT MY SENTANCE. TO REMOVE THE UN-LAWFUL POINTS THAT I RECIEVED ON MY PRIORS, TO BE PLACED IN CRIMINAL HISTORY CATIGORY 1-2-OR 3.** or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on **5-16-07** _____ (month, date, year).

Executed (signed) on **5-16-07** (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

SUBSCRIBED AND SWORN BEFORE ME
THIS **May** DAY **16** 20 **07**
FEDERAL CORRECTIONAL COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY
_____
CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)
760-530-5000