To Clerk

# CERTIFICATE OF SERVICE

I, __Joshua A Hiler__ hereby certify that I have served a true and correct copy of the following:

Motion for Appointment of Counsel

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the Court, Houston v. Lack, 101 L.Ed. 2d 245 (1988), upon which the Court and parties to litigation and or his/her attorney[s] of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States Attorney
222 West 7th Ave.
Mail Box 9, Room #253
Anchorage, Alaska. 99513

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California, on this __12th__ day of __July, 2007__, ~~2006~~.

Signature _____

Address United States Penitentiary
P.O. Box 5500
Adelanto, CA. 92301