Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR EXTENSION** |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:04-CR-00131-JKS |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Joshua Hiler, by and through counsel, hereby moves for a 90 day extension of time to file an amended petition. Newly assigned counsel is requesting a 90 day extension from the date of assignment, August 1, 2007, until November 1, 2007, to file any amendment. The request is supported by the accompanying declaration of counsel.

Dated at Anchorage, Alaska this 13th day of August, 2007.

Request for Extension
Hiler v. USA
3:04-CR-00131-JKS                                    Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

LIBBEY LAW OFFICES, LLC
Counsel for Joshua Hiler

By:  s/Colleen A. Libbey

Colleen A. Libbey ABA 0012104
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Bryan Schroder

On: Aug. 13, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\mtn ext.wpd

Request for Extension
Hiler v. USA
3:04-CR-00131-JKS                          Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com