Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **PROPOSED ORDER GRANTING** |
| | ) | **REQUEST FOR EXTENSION** |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:04-CR-00131-JKS-JDR |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After due consideration of Petitioner's Request for Extension of Time, it is hereby ordered that the motion is GRANTED. The deadline for filing an amended petition is November 1, 2007.

Dated at Anchorage, Alaska this _____ day of _____, 2007.

_____
District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

This is to certify that the foregoing
document was served electronically to:

Bryan Schroder

On: August 13, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\order ext.wpd

Proposed Order
Hiler v. USA
3:04-CR-00131-JKS                                                    Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com