Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:04-CR-00131-JKS-JDR |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STATE OF ALASKA         )
                        )
THIRD JUDICIAL DISTRICT )

    I, Colleen A. Libbey, declare as follows:

1. I am counsel of record for the Defendant in the above captioned matter.

2. I am making this declaration in support of the Request for Extension of Time accompanying this declaration.

3. I was assigned this case from the CJA panel on August 1, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

4. I am asking for a 90 day extension, until November 1, 2007, to file an amended petition.

5. I believe 90 days is necessary because I have not yet received the file from prior trial counsel. I spoke with trial counsel today, August 13, 2007, and he indicated that there is a "tremendous record." He is not available to provide the file to me until August 17, 2007.

6. I need the additional time to adequately familiarize myself with the file and prepare the amended petition.

7. I also need additional time because I was out of the office the first week of August; I plan to be out of town one week in October and one week in September, 2007.

8. I phoned Bryan Schroder, counsel for the USA on August 13, 2007, advising that I would be filing this request for 90 day extension. I do not know Mr. Schroder's position on this request.

9. The factual assertions in the Request for Extension of Time are true and accurate to the best of my knowledge.

10. This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

Declaration of Counsel
Hiler v. USA
3:04-CR-00131-JKS                                            Page 2 of  3

PDF created with pdfFactory trial version www.pdffactory.com

Dated at Anchorage, Alaska this 13th day of August, 2007.

        LIBBEY LAW OFFICES, LLC
        Counsel for Johsua Hiler

By: s/Colleen A. Libbey
    Colleen A. Libbey ABA 0012104
    604 West 2nd Ave.
    Anchorage, AK 99501
    Phone: (907) 258-1815
    Fax: (907) 258-1822
    clibbey@alaska.net

This is to certify that the foregoing document was served electronically to:

Bryan Schroder

On: August 13, 2007 By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\dec ext.wpd

Declaration of Counsel
Hiler v. USA
3:04-CR-00131-JKS                     Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com