NELSON P. COHEN
United States Attorney

ERIN E. WHITE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: erin.white@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-00131-JKS-JDR |
| | ) | |
| Plaintiff, | ) | NOTICE OF ATTORNEY |
| | ) | APPEARANCE |
| vs. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant United States Attorney, Erin E. White, now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

ERIN E. WHITE
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail:  erin.white@usdoj.gov

  RESPECTFULLY SUBMITTED this <u>22nd</u> day of October, 2007 at

Anchorage, Alaska.

            NELSON P. COHEN
            United States Attorney

            <u>s/ Erin E. White</u>
            ERIN E. WHITE
            Special Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Ave., #9, Rm. 253
            Anchorage, Alaska  99513-7567
            Phone: 907-271-5071
            Fax: 907-271-1500
            Email: erin.white@usdoj.gov

I hereby certify that on October 22, 2007
a copy of the NOTICE OF ATTORNEY
APPEARANCE was served electronically on:

Colleen Libbey, Esq.

<u>s/Erin E. White</u>
Office of the U.S. Attorney