NELSON P. COHEN
United States Attorney

ERIN E. WHITE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: erin.white@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:04-CR-00131-JKS-JDR |
| | ) | |
| Plaintiff, | ) | **NOTICE TO DISCONTINUE** |
| | ) | **ELECTRONIC SERVICE** |
| vs. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Bryan Schroder, Asst. U.S. Attorney.  Special Assistant U.S. Attorney Erin E. White is the lead attorney in this matter.

RESPECTFULLY submitted this 22nd day of October, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Erin E. White
ERIN E. WHITE
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: erin.white@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007,
a copy of the foregoing NOTICE TO
DISCONTINUE ELECTRONIC SERVICE
was served electronically on:

Colleen Libbey, Esq.

s/ Erin E. White
Office of the U.S. Attorney

U.S. v. Hiler
3:04-CR-00131-JKS-JDR                        2