Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **NON-OPPOSED** |
| | ) | **REQUEST FOR EXTENSION AND** |
| | ) | **REQUEST TO CONDUCT** |
| | ) | **DISCOVERY** |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:04-CR-00131-JKS |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Joshua Hiler, by and through counsel, hereby moves for a 60 day extension of time to file an amended petition and requests limited discovery. The requests are non-opposed, explained below and in the accompanying declaration of counsel.

**REQUEST FOR EXTENSION**

A 60 day request is being made, making any amended petition due December 31, 2007. An extension is necessary because, despite repeated efforts to obtain the file from

PDF created with pdfFactory trial version www.pdffactory.com

trial counsel, trial counsel has been non-responsive and failed to produce Mr. Hiler's file to current CJA counsel. Review of trial counsel's file is necessary to prepare any amendment. *See* Dec. Of Counsel, attached.

**REQUEST FOR DISCOVERY**

Because Hiler's trial counsel refuses to produce the file, Hiler will need to subpoena the file to a records deposition. Pursuant to Rule 6 of Rules Governing Section 2255 Proceedings, the judge may authorize a party to conduct discovery under the Federal Rules of Civil or Criminal Procedure for "good cause." As the accompanying declaration details, trial counsel refuses to produce his file, and therefore a records deposition pursuant to Civil Rule 30 appears to be necessary to obtain the file. The request is non-opposed and further supported by the accompanying declaration of counsel.

Dated at Anchorage, Alaska this 1st day of November, 2007.

LIBBEY LAW OFFICES, LLC
Counsel for Joshua Hiler

By:  s/Colleen A. Libbey
Colleen A. Libbey ABA 0012104
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
clibbey@alaska.net

PDF created with pdfFactory trial version www.pdffactory.com

This is to certify that the foregoing
is being served electronically to:

Erin E. White

On: November 1, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\mtn ext nov2007.wpd

PDF created with pdfFactory trial version www.pdffactory.com