Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

United States of America,      )
                               )
          Plaintiff,           )    **PROPOSED ORDER GRANTING**
                               )    **NON-OPPOSED REQUEST FOR**
                               )    **EXTENSION AND DISCOVERY**
     v.                        )
                               )
JOSHUA A. HILER,               )    No. 3:04-CR-00131-JKS-JDR
                               )
          Defendant.           )
_____)

          After due consideration of Petitioner's Non-opposed

Request for Extension of Time and Request for Discovery, it

is hereby ordered that the motion is GRANTED. The deadline

for filing an amended petition is December 31, 2007.  Joshua

Hiler is authorized to conduct a records deposition of Mark

Rosenbaum and subpoena Mr. Rosenbaum to that deposition for

production of a complete copy of Mr. Hiler's file.

          Dated at Anchorage, Alaska this _____day of

_____, 2007.


Proposed Order
Hiler v. USA
3:04-CR-00131-JKS                              Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

_____
District Court Judge


This is to certify that the foregoing
document was served electronically to:

Erin E. White

On: November 1, 2007, By: s/Colleen A. Libbey


N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\order ext nov2007.wpd


Proposed Order
Hiler v. USA
3:04-CR-00131-JKS                                    Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com