Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **<u>DECLARATION OF COUNSEL</u>** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:04-CR-00131-JKS-JDR |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STATE OF ALASKA            )
                           )
THIRD JUDICIAL DISTRICT   )

    I, Colleen A. Libbey, declare as follows:

1.   I am counsel of record for the Defendant in the above

    captioned matter.

2.   I am making this declaration in support of the Non-opposed

    Request for Extension of Time and Request for Discovery

    accompanying this declaration.

3.   I was assigned this case from the CJA panel on August 1,

PDF created with pdfFactory trial version www.pdffactory.com

2007. I requested a 90 day extension of time, until November 1, 2007, to file an amended petition.

4.   I am now requesting a 60 day extension, making the amendment due December 31, 2007.

5.   The 90 day request was based on the assumption that I would receive Hiler's file from trial counsel in August 2007.

6.   Review of the trial file is necessary to file an amended petition. Because Hiler's trial attorney has refused to produce the file, I cannot yet file an amended petition.

7.   I have been diligent in trying to obtain the file from trial counsel.

8.   In August 2007 I spoke with trial counsel Mark Rosenbaum. He told me there was a "tremendous record" and indicated he would produce the file to me within the week of our conversation.  I expected receipt of the file on or about August 17, 2007.

9.   Mr. Rosenbaum never arrived at my office, as scheduled.

10.  On September 7, 2007 I phoned Rosenbaum. No one answered the phone, but I left him a message indicating I needed the file.  He did not return my phone call.

11.  On September 13, 2007 I faxed Mr. Rosenbaum a letter again requesting a complete copy of th original file.  He did not respond to my fax.

12.  I called Rosenbaum again on October 10, 2007; no one

Declaration of Counsel
Hiler v. USA

PDF created with pdfFactory trial version www.pdffactory.com

answered the phone, but I left him another message
requesting the file.  He did not return my phone call.

13.   On October 10, 2007 I also sent Rosenbaum an e-mail at his
e-mail address in court records. I again requested the file.
Rosenbaum did not respond to my e-mail.

14.   On October 15, 2007 I phoned Rosenbaum again.  No one
answered the phone and I left another message about the
file. In my message I said I was sending someone over to get
the file.  He did not return my call.

15.   On October 15, 2007 I contacted my courier and told him to
stop by Rosenbaum's to pick up the file.  At this point I
still had not heard from Rosenbaum, but thought it would be
good to send someone to his office to determine whether he
was available to produce the file.

16.   On October 18, 2007 my courier phoned and indicated that
they had tried to contact Rosenbaum three times by phone
with no response on the phone.  My courier also stopped by
his office at the address indicated on Rosenbaum's court
records, but with no answer. I advised my courier should
continue trying to obtain the file.

17.   On October 29, 2007 my courier phoned and indicated they
were having problems getting Rosenbaum to cooperate in
producing the file boxes.

18.   On October 30, 2007, I spoke with my courier who indicated

Declaration of Counsel
Hiler v. USA

PDF created with pdfFactory trial version www.pdffactory.com

that at one point they spoke with Rosenbaum and he said he would have the file available at 9 AM on a scheduled date. My courier arrived at 9:15 AM and could not get in the building to pick up any files.  My courier never heard from Rosenbaum again.

19.   I phoned Rosenbaum again on October 30, 2007; no one answered the phone; I indicated the urgency of getting the file.  I have not received a response.

20.   I spoke with Erin White, counsel for the USA on November 1, 2007, advising that I would be filing this request for 60 day extension.  She agreed to non-oppose this request.

21.   Because Rosenbaum appears to be completely uncooperative in producing the file in this case, I need to serve a records deposition notice and subpoena on him for production of the file.

22.   The factual assertions in the accompanying motion are true and accurate to the best of my knowledge.

23.   This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

Dated at Anchorage, Alaska this 1st  day of November, 2007.

                          LIBBEY LAW OFFICES, LLC
                          Counsel for Johsua Hiler

                    By:   s/Colleen A. Libbey
                          Colleen A. Libbey ABA 0012104

Declaration of Counsel
Hiler v. USA
3:04-CR-00131-JKS                                Page 4 of  5

PDF created with pdfFactory trial version www.pdffactory.com

604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
clibbey@alaska.net

This is to certify that the foregoing
document was served electronically to:

Erin E. White

On: November 1, 2007 By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\dec ext nov2007.wpd

Declaration of Counsel
Hiler v. USA
3:04-CR-00131-JKS                              Page 5 of  5

PDF created with pdfFactory trial version www.pdffactory.com