MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States v. Hiler*
Case No. 3:04-cr-00131-JKS

By:             THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:    ORDER FROM CHAMBERS

      Upon consideration of Defendant's unopposed motion for extension of time and request for discovery at **Docket No. 74**, it is hereby ordered that the motion is **GRANTED**. The deadline for filing an amended petition is **December 31, 2007**. Joshua Hiler is authorized to conduct a records deposition of Mark Rosenbaum, and subpoena Mr. Rosenbaum to that deposition for production of a complete copy of Mr. Hiler's file.

      **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE:  November 2, 2007