UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> JOSHUA A. HILER </u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                        CASE NO.  <u>3:04-cr-00131-01-JKS</u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: November 6, 2007

Defendant Joshua Hiler's Motion Under 28 U.S.C. § 2255 (docket 60) in case 3:04-cr-00131-01-JKS was inadvertently filed in the incorrect case.  Joshua Hiler was sentenced in case 3:05-cr-00079-JKS.  The Clerk is directed to file the 2255 motion in case number 3:05-cr-00079-JKS as well as the following dockets from 3:04-cr-00131-01-JKS: #61, #62, #65, #66, #67, #76, and #77.

The 2255 motion at docket 60 in case number 3:04-cr-00131-01-JKS is hereby denied as moot.

[304cr131-01JKS-mo-moving-docs.wpd]{IA.WPD*Rev.12/96}